# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**
**D.O.C. #099172,**

    *Plaintiff*,

v.                                        CASE NO.:  4:20cv214-MW/MAF

**SECRETARY MARK INCH, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion for a preliminary injunction, ECF No. 3, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on May 26, 2020.**

                                      s/Mark E. Walker
                                      **Chief United States District Judge**