IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**
**DOC No. 099172,**

    **Plaintiff,**

v.                                              Case No.  4:20cv214-MW/MAF

**SECRETARY MARK INCH,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 18.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motions for an emergency restraining order, ECF Nos. 14 and 15, are **DENIED** and this case is **REMANDED** to the

1

Magistrate Judge for further proceedings. In light of Plaintiff's Second Amended Complaint, ECF No. 17, the Magistrate Judge may reconsider the motions for emergency preliminary injunction.

**SO ORDERED on July 9, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
