IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**

    *Plaintiff*,

v.                                             Case No.: 4:20cv214-MW/MAF

**MARK S. INCH,**
Secretary of the Florida
Department of Corrections,
et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 66, and has also reviewed *de novo* Plaintiff's objections, ECF No. 78. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 66, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 64, is **DENIED**. The Clerk is directed to remand this case to the Magistrate Judge for further proceedings.

**SO ORDERED** on September 3, 2021.

                                              s/Mark E. Walker
                                              **Chief United States District Judge**