IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**

    *Plaintiff*,

v.                                             Case No.: 4:20cv214-MW/MAF

**MARK S. INCH,**
**Secretary of the Florida**
**Department of Corrections,**
**et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 110, and has also reviewed *de novo* Plaintiff's objections, ECF No. 119. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 110, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' Motion to Dismiss, ECF No. 71, is **GRANTED in part** and **DENIED in part**. Plaintiff's claims against Defendant Inch are **DISMISSED**. Plaintiff's excessive force claim against Defendant Cruz is **DISMISSED**. Plaintiff's request for injunctive relief is **DENIED**. Plaintiff may proceed on his First Amendment retaliation claim against

Defendant Cruz. The Clerk is directed to remand this case to the Magistrate Judge for further proceedings.

**SO ORDERED on January 13, 2022.**

**s/Mark E. Walker                    
Chief United States District Judge**
